AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Maine

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
70 Molly's Point Road
Southport, ME 04576

Case No. 2:24-mj-130-KFW

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A to Affidavit of Special Agent David C. Fife

located in the _____ District of _____ Maine _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B to Affidavit of Special Agent David C. Fiffe

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 542 | Entry of Goods by False Statement |
| 18 USC Sec. 545 | Smuggling of Goods into the U.S. |
| 18 USC Sec. 371 | Conspiracy |
| 50 USC Sec. 1705 | IEEPA |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

David C. Fife, Special Agent
Printed name and title

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Apr 26 2024

_____
Judge's signature

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title