

GOVERNMENT
EXHIBIT
2

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.    18.13688

Decorated Luristan Bronze Stag, c. 900-800 B.C.

Size: 4.8 cm L - 1 7/8"
Material: Bronze
Culture: Luristan, c. 900-800 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

antiquities
ancient coins
art books



*Artemission*

**Artemission**

---

Invoice      29011

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

19 September 2008

Decorated Luristan Bronze Stag, c. 900-800 B.C.

**Total  U.S.$        396**

Email: info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

**GOVERNMENT
EXHIBIT
3**

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K



## Certificate Of Authenticity

Ref.   18.13454

Luristan Bronze Sitting Horse, c. 900 B.C.

Size: 6.3 cm L - 2 1/2"
Material: Bronze
Culture: Luristan, c. 900 B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities
ancient coins
art books*



**Artemission**

---

Invoice        28880

Mrs. Susan Katzev                                          22 July 2008
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Sitting Horse, c. 900 B.C.

                                        **Total  U.S.$        792**

Email:  info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

2

**GOVERNMENT
EXHIBIT
4**

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   20.15848

Luristan Bronze Lioness Figure,  Persia, c. 1000 B.C.

Size: 5.4 cm L - 2 1/8"
Material: Bronze
Culture: Luristan, c. 1000 B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books



**Artemission**

---

Invoice   30112

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

17 January 2010

Luristan Bronze Lioness Figure,  Persia, c. 1000 B.C.

Total  U.S.$   616

Email:  info@artemission.com
Tel: +44 20 7373 8354   Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

3

GOVERNMENT
EXHIBIT
5



# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   20.15791

Luristan Bronze Horse Cheek-Piece in the Form of a Stag, c. 900 B.C.

Size: 8.2 cm. H. - 3 1/$"
Material: Bronze
Culture: Luristan, c. 900 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

antiquities
ancient coins
art books



**Artemission**

---

Invoice      30083

Mrs. Susan Katzev                                                06 January 2010
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Horse Cheek-Piece in the Form of a Stag, c. 900
B.C.                                                    **Total  U.S.$**          572

Email: info@artemission.com
Tel: +44 20 7373 8354   Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

4

**GOVERNMENT EXHIBIT 6**



# Artemission

**Atticart Ltd.**
**16 Bina Gardens, Flat 11**
**London SW5 0LA**
**England, U.K.**

---

## Certificate Of Authenticity

**Ref.**    25.24735

Large Luristan Bronze Double Stag, c. 8th-6th Century B.C.



Size: 8.5 cm H - 3 3/8"
Material: Bronze
Culture: Luristan, c. 8th-6th Century B.C.

Provenance: previously in a private UK collection, acquired from Moore antiquities 2002, London UK

We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

*antiquities*
*ancient coins*
*ancient art*





Artemission

ALR Certificate    S00096278

---

Invoice    33119

Mrs. Susan Katzev                                    02 February 2015
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Large Luristan Bronze Double Stag, c. 8th-6th Century B.C.

                                    **Total  U.S.$        1320**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

5

**GOVERNMENT
EXHIBIT
7**

# Arte﬏̄ission

**Atticart Ltd.**
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    26.31645

Luristan Bronze Rattle with Ibex, 8th-7th Century B.C.

Size: 8.2 cm. L. - 3 3/16 inches
Material: Bronze
Culture: Luristan, 8th-7th Century B.C.



Provenance: The Leo Mildenberg Collection of Ancient Animals.
Ex. Christie's auction, London, Oct. 2007

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

*antiquities*
*ancient coins*
*ancient art*





Artemission

Invoice    33689

Mrs. Susan Katzev                                                31 May 2016
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Rattle with Ibex, 8th-7th Century B.C.

Total  U.S. $        1320

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

**GOVERNMENT EXHIBIT 8**

# Arteⅲission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   25.29818

Luristan Bronze Bell With Rams' Heads, c. 900 B.C.

Size: 6.1 cm L - 2 7/16"
Material: Bronze
Culture: Luristan, c. 900 B.C.

Provenance: UK private collection.



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

*antiquities*
   *ancient coins*
      *ancient art*



AIAA



Artemission

---

Invoice     33661

Mrs. Susan Katzev                                    03 May 2016
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Bell With Rams' Heads, c. 900 B.C.

                              Total   U.S.$        440

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

7

**GOVERNMENT
EXHIBIT
9**

# Arteⅿission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

---

### Certificate Of Authenticity

Ref.   25.29924

Luristan Bronze Harness Trapping, Mythical Animal, c. 900 B.C.



Size: 6.3 cm L - 2 1/2"
Material: Bronze
Culture: Luristan, c. 900 B.C.

Provenance: Private collection of a Lady, London, UK.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

*antiquities*
  *ancient coins*
    *ancient art*

 

Artemission

---

Invoice      33492

Mrs. Susan Katzev                                                07 December 2015
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Harness Trapping, Mythical Animal, c. 900 B.C.

                                             **Total  U.S.$          704**

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

8

GOVERNMENT
EXHIBIT
10



# Arteⅲission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   25.27312

Large Luristan Standard with Ibexes and Leopards, c. 900-800 B.C.



Size: 25 cm L - 9 15/16"
Material: Bronze
Culture: Luristan , c. 900-800 B.C.

Provenance: Property from a Princely collection, acquired in the ME in the 1960's.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
   ancient coins
      ancient art





Artemission



**ALR Certificate   S00101153**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice   33244

Mrs. Susan katzev                                          29 May 2015
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Large Luristan Standard with Ibexes and Leopards, c. 900-800
B.C.                                    **Total  U.S.$        3344**

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

9

**GOVERNMENT
EXHIBIT
11**



# Arteɯɯıssıon

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    25.27268

Luristan Bronze and Stone Sword Sharpener, c. 900 B.C.

Size: 14.9 cm L - 5 7/8"
Material: Bronze and stone
Culture: Luristan, Persia, c. 900 B.C.

Provenance: Princely collection, acquired in the 1960's-1970s



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

*antiquities*
    *ancient coins*
        *ancient art*





Artemission

---

Invoice      33238

Mrs. Susan Katzev                                          22 May 2015
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze and Stone Sword Sharpener, c. 900 B.C.

**Total**  U.S.$          792

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

**GOVERNMENT EXHIBIT 12**



# Arteᵐission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.



## Certificate Of Authenticity

Ref.   26.32007

Large Luristan Bronze Winged Stag and Fawn, Horse Cheekpiece, Persia c. 900 B.C.

Size: 17.5 x 13 cm  - 6 15/16 x 5 1/8 inches
Material: Bronze
Culture: Luristan, c. 900 B.C.

Provenance: British private collection, Mr. A. Ghazi, acquired in Holland in the 1980's.



We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

*antiquities*
*ancient coins*
*ancient art*





Artemission

ALR Certificate   S00115899



Invoice     33839

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

30 September 2016

Large Luristan Bronze Winged Stag and Fawn, Horse Cheekpiece, Persia c. 900 B.C.

Total  U.S.$     3120

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

GOVERNMENT
EXHIBIT
13

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.    17.12061

Luristan Bronze Mountain Goat Cosmetic Vessel, c. 1000-900 B.C.

Size: 5.7 cm H - 2 5/16"
Material: Bronze
Culture: Luristan, c. 1000-900 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



**Artemission**

---

Invoice     28064

Mrs. Susan Katzev                                        16 October 2007
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Mountain Goat Cosmetic Vessel, c. 1000-900
B.C.                                          **Total**  U.S.$        1408

Email:  info@artemission.com

Tel: +44 20 7373 8354   Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

GOVERNMENT
EXHIBIT
14

# Arteⅲission

**Atticart Ltd.**
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

22 November 2021



Luristan Bronze Cheekpiece in the Shape of a Horse,
Persia c. 900 B.C.

Size: 7.6 cm L - 3 inches
Material: Bronze
Culture: Luristan c. 900 B.C.

Provenance: British private collection, acquired at TL auction London.

Ref.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition(except where stated)

antiquities
ancient coins
ancient art


·AIAΔ·



**Artemission**

http://www.artemission.com

info@artemission.com

Tel: +44 20 7565 0997

VAT No: GB 503 1481 89

13

**GOVERNMENT EXHIBIT 15**

# ARTEMISSION.COM

Attica Ltd.
16, Bina Gardens, Flat 11
London SW 5 0LA
England U.K.

---

## Certificate Of Authenticity

Ref.    17.11175

Luristan Bronze Pendant-Mirror, c. 1000 B.C.

Size: 7.7 cm. H. x 7.2 cm. W.
Material: Bronze
Culture: Luristan, c. 1000 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



**Artemission**

---

Invoice      27536

28 March 2007

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Pendant-Mirror, c. 1000 B.C.

**Total  U.S.$**        900

Email:  info@artemission.com
Tel: +44 20 7373 8354   Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

**GOVERNMENT
EXHIBIT
16**

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   17.11546

Luristan Bronze Bird, c. 900 B.C.

Size: 4.1 cm W - 1.6"
Material: Bronze
Culture: Luristan, c. 900 B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**



antiquities
ancient coins
art books



**Artemission**

---

Invoice      27782

21 June 2007

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Bird, c. 900 B.C.                    **Total   U.S.$          528**

Email:  info@artemission.com
Tel: +44 20 7373 8354   Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

GOVERNMENT
EXHIBIT
17

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.    16.9451

Large Luristan Bronze Stag, Persia c. 900 B.C.

Size: 15.5cm W (6 1/16")
Material: Bronze. Horn repaired
Culture: Luristan, c. 900 B.C.

Provenance: Ex private French collection, acquired in France in the 1970's.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



**Artemission**

---

Invoice   26644

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

05 June 2006



Large Luristan Bronze Stag, Persia c. 900 B.C.

**Total   U.S.$    2250**

Email: info@artemission.com
Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

16

**GOVERNMENT
EXHIBIT
18**

# Arte�1111SSion

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

06 May 2021



Luristan Bronze Cheekpiece in the Shape of a Horse

Size: 8.1 cm L - 3 3/16 inches
Material: Bronze
Culture: Luristan c. 900 B.C.

Provenance: British private collection, acquired at TL auction London.

Ref.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

*antiquities*

*ancient coins*

*ancient art*

 

**Artemission**

http://www.artemission.com

info@artemission.com

Tel: +44 20 7565 0997

VAT No: GB 503 1481 89

17

**GOVERNMENT
EXHIBIT
19**

# Artemission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    28.34758

Luristan Iron Axe Head with Eagle Head, c. 9th-8th Century B.C.



Size: 12 cm L - 4 11/16 inches (including handle)
Material: Iron
Culture: Luristan, c. 9th-8th Century B.C.

Provenance: ex. Property Mr. A. Dajan, London, acquired prior to 2000.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
ancient art



AIAA



*Artemission*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice    34531

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

16 May 2018

Luristan Iron Axe Head with Eagle Head, c. 9th-8th Century B.C.

**Total**  U.S.$        704

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice
Margin Scheme - Works of Art

18

GOVERNMENT
EXHIBIT
20

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   16.9382

Two Luristan Bronze Cheekpieces in the Shape of Horses,
Persia c. 900 B.C.

Size: 8cm H. (3 1/8")
Material: Bronze
Culture: Luristan c. 900 B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books



*Artemission*

**Artemission**

---

Invoice   26605

24 May 2006

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Two Luristan Bronze Cheekpieces in the Shape of Horses, Persia
c. 900 B.C.                                    **Total  U.S.$   2250**

Email:  info@artemission.com

Tel: +44 20 7373 8354   Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

19

**GOVERNMENT EXHIBIT 21**

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

### Certificate Of Authenticity

Ref.   18.12556

Luristan Bronze Standard Finial with Ibex and Lions, c. 1000 B.C.



Size: 19 cm H - 7 1/2"
Material: Bronze
Culture: Luristan, c. 1000 B.C.

Provenance: Property from the collection of a Prince, acquired in the 1960's.

**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



**Artemission**

---

Invoice      28368

30 January 2008

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Standard Finial with Ibex and Lions, c. 1000 B.C.      **Total   U.S.$**      1320

Email:  info@artemission.com
Tel: +44 20 7373 8354   Fax: +44 20 7373 8583
VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

20

GOVERNMENT
EXHIBIT
22

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   17.12362

Luristan Bronze Finial with Figure and Bulls, c.9th-8th Century B.C.

Size: 24.5 cm H circa - 9 5/8"
Material: Bronze
Culture: Luristan, c. 9th-8th Century B.C.

Collection of a Prince, acquired in the 1960's



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

antiquities
ancient coins
art books



Artemission

---

Invoice      28250

17 December 2007

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Finial with Figure and Bulls, c.9th-8th Century B.C.

**Total  U.S.$        1232**

Email:  info@artemission.com
Tel: +44 20 7373 8354   Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

21

GOVERNMENT
EXHIBIT
23

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.   18.13080

Luristan Bronze Master-of-Animals Standard, c. 8th-7th Century
B.C.
Size: Total Height 42 cm - 15 13/16"
Material: Bronze
Culture: Luristan, c. 8th-7th Century B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books



**Artemission**

---

Invoice      28668

02 May 2008

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze Master-of-Animals Standard, c. 8th-7th Century          **Total  U.S.$**        2200
B.C.

Email: info@artemission.com
Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

22

**GOVERNMENT
EXHIBIT
24**

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.   18.13171

Luristan Bronze facing Lions Finial, Persia c. 1000 B.C.

Size: 7.1 cm H - 2 13/16"
Material: Bronze
Culture: Luristan, c. 1000 B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities
ancient coins
art books*



**Artemission**

---

Invoice      28708

Mrs. Susan Katzev                                                    21 May 2008
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Luristan Bronze facing Lions Finial, Persia c. 1000 B.C.

**Total  U.S.$        880**

Email:  info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

23

**GOVERNMENT
EXHIBIT
25**

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.    18.13385

Luristan Bronze Military Bracelet With Horses Heads, c. 1000 B.C.

Size: 5.9 cm inside D - 2 3/8"
Material: Bronze
Culture: Luristan, c. 1000 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities
ancient coins
art books*



**Artemission**

---

Invoice    28828

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

30 June 2008

Luristan Bronze Military Bracelet With Horses Heads, c. 1000 B.C.

**Total**  U.S.$    484

Email:  info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

24

**GOVERNMENT
EXHIBIT
26**



# Arteꟺission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

---

### Certificate Of Authenticity

Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

06 May 2021



Luristan Bronze Horse Plaque, ex. Christies

Size: 12.9 cm L - 5 1/16 inches
Material: Bronze
Culture: Luristan, c. 800 B.C.

Provenance: Published Christies London, October 2007, previously the property of a Prince, acquired in the 1960s.

Ref.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition(except where stated)

antiquities
ancient coins
ancient art





**Artemission**

---

http://www.artemission.com

info@artemission.com

Tel: +44 20 7565 0997

VAT No:  GB 503 1481 89

25

**GOVERNMENT
EXHIBIT
27**

# Arteⅲission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    25.24818

Achaemenide Silver Head of a Sceptre with Rams Head,
c. 600-500 B.C.

Size: 5.1 cm H - 2"
Material: Silver, 26.8g
Culture: Achaemenide, c. 600-500 B.C.



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

*antiquities*
*ancient coins*
*ancient art*


AIAA


Artemission

Invoice    33132

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

09 February 2015

Achaemenide Silver Head of a Sceptre with Rams Head,
c. 600-500 B.C.

**Total  U.S.$      792**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

26

**GOVERNMENT EXHIBIT 28**

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.    20.16801

Achaemenid Bronze Bowl, c. 6th- 5th Century B.C.

Size: 9 cm. D. - 3.6"
Material: Bronze
Culture: Achaemenid, c. 6th - 5th Century B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



*Antwerp* **Artemission**

---

Invoice    30511

25 July 2010

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Achaemenid Bronze Bowl, c. 6th- 5th Century B.C.

**Total  U.S.$**        572

Email: info@artemission.com
Tel: +44 20 7565 0997

VAT No: 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

**GOVERNMENT EXHIBIT 29**

# Arteᴟission

**Atticart Ltd.**
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   26.32363

**Large Achaemenid Bronze Bowl Decorated with a Lotus Buds, Persia, 5th Century BC**



Size: 19 cm D - 7 1/2 inches
Material: Bronze
Culture: Achaemenid, 5th Century B.C.

Provenance: Ex property Mr. M.P., London UK, acquired from a London Gallery in 2001.

We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

*antiquities*
*ancient coins*
*ancient art*





Artemissio

---

Invoice      34058

28 February 2017

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Large Achaemenid Bronze Bowl Decorated with a Lotus Buds, Persia, 5th Century BC

Total  U.S.$      1056

*Some restoration*

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

28

**GOVERNMENT
EXHIBIT
30**

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



---

### Certificate Of Authenticity

Ref.   17.11835

Achaemenide Bronze Decorated Cup, c. 6th Century  B.C.

Size: 9.2 cm H. x 10.8 cm. D.  -  4 1/4" D. x 3  5/8"  H.
Material: Bronze
Culture: Achaemenide, c. 6th Century B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities
ancient coins
art books*



**Artemission**

---

Invoice       27906

06 August 2007

Mrs. Suzan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Achaemenide Bronze Decorated Cup, c. 6th Century  B.C.

**Total  U.S.$        1232**

Email: info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

29

**GOVERNMENT EXHIBIT 31**

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.   21.18205

Persian Silver Peacock, Seljuk Period, c. 10th -11th Century A.D.



Size: 7.8 cm H - 3 1/8"
Material: Silver
Culture: Persia, 10th -11th Century A.D.

**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

antiquities
ancient coins
art books



AIAA



**Artemission**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice   31711

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

01 August 2011

Persian Silver Peacock, Seljuk Period, c. 10th -11th Century A.D.

**Total  U.S.$        792**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

30

GOVERNMENT
EXHIBIT
32

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.    17.11974

Bronze Oil Lamp With Lions and Bird Handle, Seljuk, Persia 11th
Century AD

Size: 12.5 cm. L. - 5"
Material: Bronze
Culture: Seljuk, Persia 11th Century AD



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books



**Artemission**

---

Invoice       28011

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

26 September 2007

Bronze Oil Lamp With Lions and Bird Handle, Seljuk, Persia 11th
Century AD

**Total** U.S.$        528

Email: info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

31

# HELIOS GALLERY

GOVERNMENT
EXHIBIT
33

## Antiquities

VAT – 879 3525 73
www.heliosgallery.com

## SALE INVOICE

Susan W. Katzev
PO Box 265
Southport
ME 04576
USA

20th March 2012

**INVOICE NO:** 11/651

**Payment due by:** PAID by card

| STOCK No. | Description | Price £ |
|---|---|---|
| H1390b3 | 1 x Green stone animal amulet. Iran, late 2nd or 1st Millennium BC. Ex. private collection, London, UK; acquired before 1990. | 151.55 |
| | Postage | 9 |
| | Credit card/Paypal/bank transfer charges 5% | 8.45 |
| | **TOTAL** | **£169** |




www.heliosgallery.com
Antiquities

**Culture:** Iran, late 2nd or 1st Millennium BC

**Item:** A carved pale green hard-stone amulet in the form of a stylised animal.

**Provenance:** Ex. private collection, London, UK; acquired before 1990.

**Signed:**

...s not been and will not be claimed by us in respect of the goods sold on this invoice
All the above items have been in the EU prior to January 2001

...you very much, Roger

...ery, Lower Kingsdown, Wiltshire SN13 8BG
Tel/Fax- 01225 744751   Mobile- 07711 955997
heliosgallery@btinternet.com
www.heliosgallery.com

GOVERNMENT
EXHIBIT
34



# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   19.14509

Bactrian Bronze Zebu Bull, Persia c. 2200-2000 B.C.

Size: 11 cm L - 4 3/8"
Material: Bronze
Culture: Bactrian, c. 2200-2000 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

antiquities
ancient coins
art books



**Artemission**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice   29421

11 March 2009

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Bactrian Bronze Zebu Bull, Persia c. 2200-2000 B.C.

**Total  U.S.$      2112**

Email: info@artemission.com
Tel: +44 20 7373 8354    Fax: +44 20 7373 8583
VAT No. 503 1481 89
Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

33

GOVERNMENT
EXHIBIT
35

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   21.18305

Terracotta Horse, Mauryan Period,  Persia, c. 5th-3rd Century B.C.



Size: 18 cm H - 7 1/16"
Material: Terracotta
Culture: Persia, c. 5th-3rd Century B.C.

Published Bonhams, London, 30th October 2003, Lot 359. ex.
Private Dutch Collection. Accompanied by a thermoluminescence
test certificate from Ralf Kotalla Laboratory, Haigerloch-Weildorf,
Germany.

**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



AIAA



**Artemission**

---

Invoice      31705

Mrs. Susan Katzev                                             17 May 2012
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Terracotta Horse, Mauryan Period,  Persia, c. 5th-3rd Century B.C.

**Total  U.S.$**      804.10

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No:  503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

34

GOVERNMENT
EXHIBIT
36

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.   21.17650

Bactrian Grey/Green Stone Figure of a Mouflon, Persia, c. 1500 B.C.

Size: 5.9 cm L - 2 3/8"
Material: Stone
Culture: Persia, c. 1500 B.C.

Provenance: ex. property Mr. S. Q., London UK



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books





**Artemission**

Invoice     30885

Mrs. Susan Katzev                                          13 March 2011
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Bactrian Grey/Green Stone Figure of a Mouflon, Persia, c. 1500
B.C.                                          Total  U.S.$        1320

Email: info@artemission.com

Tel: +44 20 7565 0997

VAT No: 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

35

**GOVERNMENT EXHIBIT 37**



# Arteᴍission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    25.28344

Persian Painted & Glazed Brick, Head of a Man, Bukan, c. 1000 B.C.

Size: 16 cm H - 6 5/16"
Material: Terracotta
Culture: Persia, c. 1000 B.C.

Provenance: UK private collection of a gentleman of Iranian descent, acquired in the ME in the 1960's-1970s



We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

antiquities
ancient coins
ancient art





Artemission

ALR Certificate   S00101337

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice     33518

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

08 January 2016

Persian Painted & Glazed Brick, Head of a Man, Bukan, c. 1000 B.C.

**Total  U.S.$        4400**

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

36

GOVERNMENT
EXHIBIT
38

# ARTEMISSION.COM

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.



## Certificate Of Authenticity

Ref.     23.21493

Western Persia Vessel, Tepe Giyan, Mid 2nd Millennium B.C.

Size: 7.3 cm H - 2 7/8"
Material: Terracotta
Culture: Western Persia c. 2nd Millennium B.C.

Provenance:Timeline auction March 2013 from a private UK
collection.



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
art books



AIAA



Artemission

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice      020114

Mrs. Susan Katzev                                      03 January 2014
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Western Persia Vessel, Tepe Giyan, Mid 2nd Millennium B.C.

                                         **Total**  U.S.$        308

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No:  503 1481 89
Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

37

GOVERNMENT
EXHIBIT
39

# ARTEMISSION.com

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.



## Certificate Of Authenticity

Ref.   23.21513

Western Persia Vessel, Tepe Giyan, Mid 2nd Millennium B.C.

Size: 9.3 cm D - 3 11/16"
Material: Terracotta
Culture: Western Persia c. 2nd Millennium B.C.

Provenance:Timeline auction March 2013 from a private UK collection.



We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

antiquities
ancient coins
art books





Artemission

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice     030114

Mrs.Susan Katzev                                                                03 January 2014
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Western Persia Vessel, Tepe Giyan, Mid 2nd Millennium B.C.

                                                                **Total  U.S.$       440**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No:  503 1481 89
Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

38

GOVERNMENT
EXHIBIT
40

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.    22.19481

Sassanian Bronze Lion Attachment, c 5th Century A.D.



Size: 6.3 cm L - 2 9/16"
Material: Bronze
Culture: Sassanian, c 5th Century A.D.

**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*





**Artemission**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice      31832

Mrs. Susan Katzev                                                    14 August 2012
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Sassanian Bronze Lion Attachment, c 5th Century A.D.

                                                        **Total  U.S.$          396**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

39

**GOVERNMENT EXHIBIT 41**

# Arteᴍission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   26.31948

Sassanian Marble Horse's Head, c. 4th-5th Century A.D.

Size: 13.5 cm L - 5 5/16 inches, from nose to back of neck
Material: Marble
Culture: Sassanian, c. 4th-5th Century A.D.

Provenance: Ex. private Mr. H. Tavit collection, London UK,
acquired in the 1970's from a Brussels gallery.



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
ancient art



AIAA



Artemission

ALR Certificate   S00115320

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice   33764

Mrs. Susan Katzev                                         24 July 2016
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Sassanian Marble Horse's Head, c. 4th-5th Century A.D.

                                              **Total  U.S.$        4400**

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

40

**GOVERNMENT
EXHIBIT
42**

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

---

### Certificate Of Authenticity

Ref.   17.11425

Sassanian Gold Bracelet with Figures and Inscription, c. 5th-6th
Century A.D.

Size: 6.1 cm inside D – 2 7/16"
Material: Gold, c. 20K
Culture: Sassanain, c. 5th-6th Century A.D.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities
ancient coins
art books*



**Artemission**

---

Invoice      27729

Mrs. Susan Katzev                                                07 June 2007
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Sassanian Gold Bracelet with Figures and Inscription, c. 5th-6th
Century A.D.                                     **Total  U.S.$        1760**

Email:  info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

*41*

GOVERNMENT
EXHIBIT
43

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.



## Certificate Of Authenticity

Ref.   17.11103

Sassanian Marble Relief of a Seated Stag, c. 2nd-3rd  Century
A.D.

Size: 10.6 cm W - 4 3/16"
Material: Marble
Culture: Sassanian, c. 2nd - 3rd century A.D.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books



**Artemission**



Invoice      27485

15 March 2007

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Sassanian Marble Relief of a Seated Stag, c. 2nd-3rd  Century
A.D.

**Total  U.S.$      1080**

**Email:** info@artemission.com

Tel: +44 20 7373 8354    Fax: +4 ⁴ 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

42

**GOVERNMENT
EXHIBIT
44**



# Arteⅲission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   29.35338

Nishapur Glazed Pottery Bowl, Persia 11th Century A.D.

Size: 17.8 cm D - 7 inches
Material: Terracotta
Culture: Nishapur, c. 11th Century A.D.



Provenance: ex. property Mr. A. Dajan, London, acquired in the
1980s-1990s.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
    ancient coins
        ancient art



AIAΔ



Artemission

---

Invoice   34801

Mrs. Susan Katzev                                    22 February 2019
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Nishapur Glazed Pottery Bowl, Persia 11th Century A.D.

                                        **Total** U.S.$       792

info@artemission.com

Tel: +44 20 7565 0997

VAT No: GB 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice
Margin Scheme - Works of Art

**GOVERNMENT
EXHIBIT
45**

# Arteᴍission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.



*July 9*

## Certificate Of Authenticity

Ref.    29.35819

Elamite Bronze Cosmetic Vessel with Three Ram's Head,
c. 2500-2200 B.C.
Size: 5.6 cm H - 2 1/4 inches
Material: Bronze
Culture: Elamite, c. 2500-2200 B.C.



Provenance: From a Japanese collection of the 1980s, acquired at a
London auction.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
ancient art




Artemission

---

Invoice     090720

Mrs. Susan Katzev                                                    10 July 2020
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Elamite Bronze Cosmetic Vessel with Three Ram's Head,
c. 2500-2200 B.C.                                        **Total**  U.S.$      1584

info@artemission.com

Tel: +44 20 7565 0997

VAT No: GB 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice
Margin Scheme - Works of Art

44

**GOVERNMENT EXHIBIT 46**



# Artemission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   29.35858

Elamite Black Steatite Stag Vessel, c. 2200-2000 B.C.

Size: 8.9 cm L - 3 9/16 inches
Material: Black steatite
Culture: Elamite, c. 2200-2000 B.C.



Provenance: UK private collection of a gentleman of Iranian descent, acquired in the 1960's-1970s.

We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

antiquities
ancient coins
ancient art



AIAA



Artemission

Invoice   35039

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

08 November 2019

Elamite Black Steatite Stag Vessel, c. 2200-2000 B.C.

**Total**  U.S.$   1056

info@artemission.com

Tel: +44 20 7565 0997

VAT No: GB 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice
Margin Scheme - Works of Art

45

**GOVERNMENT
EXHIBIT
47**



# Arteⅲissιon

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    32.36770

Elamite Bronze Axe Head with Dragon's Head, c. 1000 B.C.

Size: 16.5 cm L - 6 1/2 inches
Material: Bronze
Culture: Elamite, c. 1000 B.C.

Provenance: ex UK collection, acquired prior to 2010.



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

*antiquities
ancient coins
ancient art*

  

Artemission

---

Invoice    35680

Mrs. Susan Katzev                                            28 February 2022
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Elamite Bronze Axe Head with Dragon's Head, c. 1000 B.C.

**Total**  U.S.$         1232

info@artemission.com

Tel: +44 20 7565 0997

VAT No:  GB 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice
Margin Scheme - Works of Art

46

**GOVERNMENT
EXHIBIT
48**

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   18.14116

Rare Elamite Copper-Alloy Figure of a Horned Quadrupede, c.
2400-2200 B.C.

Size: 6 cm L - 2 3/8"
Material: Copper-alloy
Culture: Sumerian c. 2400-2200 B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities
     ancient coins
          art books*



*Artemission*

**Artemission**

---

Invoice      29261

Mrs. Susan Katzev                                    23 December 2008
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Rare Elamite Copper-Alloy Figure of a Horned Quadrupede, c.
2400-2200 B.C.                              **Total  U.S.$        1320**

Email:  info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

47

**GOVERNMENT EXHIBIT 49**

# Arteᴍission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    25.29674

Amlash Bronze Figure, c. Late 2nd Millennium B.C./
Early First Millennium B.C.

Size: 9 cm H - 3 9/16"
Material: Bronze
Culture: Amlash, Late c. 2nd Millennium B.C./Early First
Millennium B.C.

Provenance: Ex. property A. Sultani, London UK, acquired on the
London art market in 2001.



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
ancient art



AIAA



Artemission

ALR Certificate   S00100802

Invoice    33412

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

12 October 2015

Amlash Bronze Figure, c. Late 2nd Millennium B.C./
Early First Millennium B.C.

**Total  U.S.$**      1936

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

48

**GOVERNMENT EXHIBIT 50**



# Arteɱission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    25.29896

Amlash Bronze Figure Grinding Grains, North Persia, c. 1000 B.C.

Size: 3.3 cm H - 1 5/16"
Material: Bronze
Culture: Amlash, c. 1000 B.C.

Provenance: Collection Mr. A. R., London UK, acquired in 2002 on the London Art Market.



We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

antiquities
ancient coins
ancient art



AIAΛ



Artemission

Invoice     33482

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

27 November 2015

Amlash Bronze Figure Grinding Grains, North Persia, c. 1000 B.C.

**Total**  U.S.$     440

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

GOVERNMENT
EXHIBIT
51

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   22.19333

Rare Parthian Bronze Ewer with Griffin, c. 1st-2nd Century A.D.

Size: 18.1 cm H – 7 1/16"
Material: Bronze
Culture: Parthian, c. 1st-2nd Century A.D.

Provenance: UK collection, acquired in the 1980s on the London art market.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

antiquities
ancient coins
art books



AIAA



*Artemission*

---

Invoice   31719

Mrs. Susan Katzev                                              21 May 2012
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Rare Parthian Bronze Ewer with Griffin, c. 1st-2nd Century A.D.

**Total   U.S.$          3168**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

GOVERNMENT
EXHIBIT
52

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.    18.12782

Bactrian Chlorite Plaque Pendant with Eagle, c. 2200 B.C.

Size: 5.5 cm H - 2 3/16"
Material: Chlorite
Culture: Bactrian, c. 2200 B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

*antiquities
ancient coins
art books*



Artemission

Invoice       28487

10 March 2008

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Bactrian Chlorite Plaque Pendant with Eagle, c. 2200 B.C.

Total  U.S.$          528

Email:  info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

GOVERNMENT
EXHIBIT
53

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.    18.12893

Bactrian Chlorite Processional Votive Eagle, c. 2200 B.C.

Size: 16.3 cm H - 6 3/8"
Material: Chlorite
Culture: Bactrian, c. 2200 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



**Artemission**

---

Invoice      28574

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

31 March 2008

Bactrian Chlorite Processional Votive Eagle, c. 2200 B.C.

**Total   U.S.$        1672**

Email:  info@artemission.com

Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

52

Artemission - Ancient Artifacts and Antiquities Online Art Gallery

[ Reserve/Buy Item ]  🖻 🖨 ✖

**GOVERNMENT
EXHIBIT
54**

### Decorated Bactrian Chlorite Chalice, c. 2200 B.C.
(Bactrian Chlorite Cup)



| | |
|---|---|
| Item number: | 17.11352 |
| Item category: | Early Cultures |
| Size: | 12.9 cm H - 5 1/16" |
| Price: | US$ 3800 |

Cincal ribbed foot, ribbed stem, decorated with three
mountain goats and trees.

8/ 3,311

Dec. 2007

Material : Chlorite
Culture : Bactrian, c. 2200 B.C.
Condition : Intact









*Steatite vase
from Jiroft, Iran,
3rd millennium
BC. H. about 15cm.
From Jiroft, the
Earliest Oriental
Civilization,
by Yousef
Madjidzadeh
(Pishin Pajouh
%ditions, Tehran,
2003, no. 28b).*



53

Western Asiatic Vessel with Mythological Scene - Lot No. 0670

**GOVERNMENT EXHIBIT 55**

Page 1 of 2

Home > Auctions > 21st February 2017 > Western Asiatic Vessel with Mythological Scene

Previous Lot

Next Lot

Back to previous page

Print page | Email lot to a friend

# Western Asiatic Vessel with Mythological Scene

## Antiquities - Western Asiatic



View Large Image

### LOT 0670

Estimate
£2,500 - 3,500
EUR 2,900 - 4,060
USD 3,110 - 4,360

£ 3200

Opening Bid: £2,500 *(EUR 2,903; USD 3,115)*

**PLACE AUTO BID**

Add to Watch list

75991 Western Asiatic Bactrian Jar with Figural Scene 2332

▶

**WESTERN ASIATIC VESSEL WITH MYTHOLOGICAL SCENE**
*2nd millennium BC*

A carved chlorite jar with high-relief image of two oxen tied to a tree, inverted nude male between them. 222 grams, 64mm (2 1/2"). Fine condition, rim chipped. Very rare.

54

**GOVERNMENT EXHIBIT 56**

# Arteⅲission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   28.34780

Large Bactrian Plaque, Bull Man and Dragons, c. 2200 B.C.

Size: 18 cm L - 7 inches
Material: Chlorite
Culture: Bactrian, c. 2200 B.C.



Provenance: ex. property Mr. A. Dajan, London, UK,
acquired in the 1990s.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
ancient art

 AIAA



Artemission

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice   34515

Mrs. Susan Katzev                                                              01 May 2018
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Large Bactrian Plaque, Bull Man and Dragons, c. 2200 B.C.

**Total   U.S.$        2640**

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice
Margin Scheme - Works of Art

GOVERNMENT
EXHIBIT
57



# Arteᴍission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.    26.31505

Bactrian Chlorite Ram's Head, Mid 1st Millennium B.C.

Size: 7 cm. L. - 2 3/4 inches from tip of nose to back of neck.
Material: Chlorite
Culture: Bactrian, Mid 1st Millennium B. C.



Provenance: ex Mr. Dajan collection, acquired on the London art market in 2001.

We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)

antiquities
    ancient coins
        ancient art





Artemission

Invoice    33704

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

23 June 2016

Bactrian Chlorite Ram's Head, Mid 1st Millennium B.C.

Total   U.S.$        800

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

56

**GOVERNMENT
EXHIBIT
58**

# ARTEMISSION.com

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

---

### Certificate Of Authenticity

Ref.   23.20265

Bactrian Bronze Cosmetic Bottle with Rams,
c. Early 1st Millennium B.C.

Size: 8.1 cm H - 3 3/16"
Material: Bronze
Culture: Early 1st Millennium B.C.

Provenance: ex. collection Mr. A. Sultani, London, UK



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books


AIAA



**Artemission**

---

Invoice    310113

Mrs. Susan Katzev                                            31 January 2013
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Bactrian Bronze Cosmetic Bottle with Rams,
c. Early 1st Millennium B.C.                    **Total  U.S.$**      792

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

**GOVERNMENT
EXHIBIT
59**



# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.   19.15178

Bactrian White Steatite Head of a Man, 3rd Millennium B.C.

Size: 3.7 cm. H. - 1 1/2"
Material: Steatite
Culture: Bactrian, Persia, 3rd Millennium B.C.



**We certify that the items described above are from the mentioned
ancient civilisation and are guaranteed to be entirely authentic and in
original condition (except where stated)**

antiquities
ancient coins
art books



**Artemission**

Invoice       29777

18 August 2009

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Bactrian White Steatite Head of a Man, 3rd Millennium B.C.

**Total**  U.S.$        704

Email:  info@artemission.com
Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

58



GOVERNMENT
EXHIBIT
60

# Arteⅲission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.

## Certificate Of Authenticity

Ref.   26.31830

Large Sumerian Steatite Bull Amulet Seal, c. 2800-2500 B.C.



Size: 5.6 cm L - 2 1/4 inches
Material: Steatite
Culture: Sumerian, c. 2800-2500 B.C.

Provenance: ex. Dr. I. Beekmans collection, Germany, acquired in
the 1990's.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
ancient art



AIAA



Artemission

---

Invoice   33736

Mrs. Susan Katzev                                         30 June 2016
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Large Sumerian Steatite Bull Amulet Seal, c. 2800-2500 B.C.

**Total**  U.S.$      2200

info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice

59

GOVERNMENT
EXHIBIT
61



# ARTEMISSION.COM

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.



## Certificate Of Authenticity

Ref.    24.24122

Sumerian Uruk/Jemdet Nasr Marble Amulet of a Boar,
c. 3200-2900 B.C.

Size: 6.5 cm, L. - 2 1/2"
Material: Marble
Culture: Sumerian c. 3200-2900 B.C.

Provenance: British collection, Edinburgh, Scotland



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

*antiquities*
*ancient coins*
*art books*





Artemission

---

Invoice     040814

Mrs. Susan Katzev                                              04 August 2014
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Sumerian Uruk/Jemdet Nasr Marble Amulet of a Boar,
c. 3200-2900 B.C.                                    **Total  U.S.$          792**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

60



GOVERNMENT
EXHIBIT
62

# ARTEMISSION.COM
Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.



### Certificate Of Authenticity

Ref.   24.24336

Uruk Jemdet Nasr Marble Bull Amulet, Syria, c. 3200-2900 B.C.



Size: 5.2 cm L - 2 1/16"
Material: Marble
Culture: Uruk Jemdet Nasr, c. 3200-2900 B.C.

Provenance: ex Collection Mr. S. Dajan, 1980s-1990s.

We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
ancient coins
art books



AIAA



Artemission

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice   32943

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

26 September 2014

Uruk Jemdet Nasr Marble Bull Amulet, Syria, c. 3200-2900 B.C.

**Total   U.S.$          792**

Email: info@artemission.com
Tel: +44 20 7565 0997
VAT No: 503 1481 89
Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

61

GOVERNMENT
EXHIBIT
63

# Arte₥ission

Atticart Ltd.
16 Bina Gardens, Flat 11
London SW5 0LA
England, U.K.



O₫6

## Certificate Of Authenticity

Ref.    30.36036

Sumerian Terracotta Dedication Foundation Cone with Cuneiform
Inscription, c. 2000 B.C.
Size: 12.2 cm L - 4 7/8 inches
Material: Terracotta
Culture: Sumerian, c. 2000 B.C.

Provenance: European private collection, acquired prior to 2000



We certify that the items described above are from the mentioned ancient
civilisation and are guaranteed to be entirely authentic and in original condition
(except where stated)

antiquities
  ancient coins
    ancient art





Artemission

---

Invoice     35268

Mrs. Susan Katzev                                            06 October 2020
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Sumerian Terracotta Dedication Foundation Cone with Cuneiform
Inscription, c. 2000 B.C.                          **Total** U.S.$        2112

info@artemission.com

Tel: +44 20 7565 0997

VAT No: GB 503 1481 89

Input tax deduction has not & will not be claimed by me in respect of the goods sold on this invoice
Margin Scheme - Works of Art

62

**GOVERNMENT EXHIBIT 64**

# ARTEMISSION.COM

Atticart Ltd.
16, Bina Gardens, Flat 11
London SW5 0LA
England U.K.

## Certificate Of Authenticity

Ref.    19.15288

Uruk-Jemdet Nasr Amulet of a Bull, c. 3000 B.C.

Size: 2.8 cm L - 1 1/8"
Material: Steatite
Culture: Uruk-Jemdet Nasr, c. 3000 B.C.



**We certify that the items described above are from the mentioned ancient civilisation and are guaranteed to be entirely authentic and in original condition (except where stated)**

*antiquities*
*ancient coins*
*art books*



**Artemission**

---

Invoice     29867

01 October 2009

Mrs. Susan Katzev
PO Box 265
70 Mollys Point Road
Southport ME 04576
UNITED STATES

Uruk-Jemdet Nasr Amulet of a Bull, c. 3000 B.C.

**Total  U.S.$**      204.14

Email:  info@artemission.com
Tel: +44 20 7373 8354    Fax: +44 20 7373 8583

VAT No. 503 1481 89

Input tax deduction has not been and will not be claimed by me in respect of the goods sold on this invoice

63