**ATTACHMENT B**

The sixty-three (63) items identified below for which probable cause exists to believe were, or may have been, imported into the United States in violation of the law:

1) "Decorated Luristan Bronze Stag, c. 900-800 B.C. Culture: Luristan."
   No provenance listed.
   Date of import to U.S.: on/around September 19, 2008 [Artemission, Exhibit 2].

2) "Luristan Bronze Sitting Horse, c. 900 B.C. Culture: Luristan."
   No provenance listed.
   Date of import to U.S.: on/around July 22, 2008 [Artemission, Exhibit 3].

3) "Luristan Bronze Lioness Figure, Persia,, c. 1000 B.C. Culture: Luristan."
   No provenance listed.
   Date of import to U.S.: on/around January 17, 2010 [Artemission, Exhibit 4].

4) "Luristan Bronze Horse Cheek-Piece in the Form of a Stag, c. 900 B.C. Culture: Luristan."
   No provenance listed.
   Date of import to U.S.: on/around January 6, 2010 [Artemission, Exhibit 5].

5) "Large Luristan Bronze Double Stag, c. 8th-6th Century B.C. Culture: Luristan."
   Provenance: "Previously in a private UK collection, acquired from Moore antiquities 2002, London, UK."
   Date of import to U.S.: on/around February 2, 2015 [Artemission, Exhibit 6].

6) "Luristan Bronze Rattle with Ibex, 8th-7th Century B.C. Culture: Luristan."
   Provenance: "The Leo Mildenberg Collection of Ancient Animals, Ex. Christie's Auction, London, Oct. 2007."
   Date of import to U.S.: on/around May 31, 2016 [Artemission, Exhibit 7].

7) "Luristan Bronze Bell with Rams' Head, c. 900 B.C. Culture: Luristan."
   Provenance: "UK private collection."
   Date of import to U.S.: on/around May 3, 2016 [Artemission, Exhibit 8].

8) "Luristan Bronze Harness Trapping, Mythical Animal, c. 900 B.C. Culture: Luristan."
   Provenance: "Private collection of a Lady, London, UK."
   Date of import to U.S.: on/around December 7, 2015 [Artemission, Exhibit 9].

9) "Large Luristan Standard with Ibexes and Leopards, c. 900-800 B.C. Culture: Luristan."
   Provenance: "Property of a Princely collection, acquired in the MEin the 1960's."
   Date of import to U.S.: on/around May 29, 2015 [Artemission, Exhibit 10].

10) "Luristan Bronze and Stone Sword Sharpener, c. 900 B.C. Culture: Luristan, Persia."
    Provenance: "Princely collection, acquired in the 1960's-1970's."
    Date of import to U.S.: on/around May 22, 2015 [Artemission, Exhibit 11].

11) "Large Luristan Bronze Winged Stag and Fawn, Horse Cheekpiece, Persia c. 900 B.C. Culture: Luristan."
    Provenance: "British private collection, Mr. A. Ghazi, acquired in Holland in the 1980's."
    Date of import to U.S.: on/around September 30, 2016 [Artemission, Exhibit 12].

12) "Luristan Bronze Mountain Goat Cosmetic Vessel, c. 1000-900 B.C. Culture: Luristan."
    No provenance listed.
    Date of import to U.S.: on/around October 16, 2007 [Artemission, Exhibit 13].

13) "Luristan Bronze Cheekpiece in the Shape of a Horse, Persia c. 900 B.C. Culture: Luristan."
    Provenance: "British private collection, acquired at TL auction London."
    Date of import to U.S.: on/around November 22, 2021 [Artemission, Exhibit 14].

14) "Luristan Bronze Pendant-Mirror c. 1000 B.C. Culture: Luristan."
    No provenance listed.
    Date of import to U.S.: on/around March 28, 2007 [Artemission, Exhibit 15].

15) "Luristan Bronze Bird c. 900 B.C. Culture: Luristan."
    No provenance listed.
    Date of import to U.S.: on/around September 30, 2016 [Artemission, Exhibit 16].

16) "Large Luristan Bronze Stag, Persia c. 900 B.C. Culture: Luristan."
    Provenance: "Ex private French collection, acquired in France in the 1970's."
    Date of import to U.S.: on/around June 5, 2006 [Artemission, Exhibit 17].

17) "Luristan Bronze Cheekpiece in the Shape of a Horse, c. 900 B.C. Culture: Luristan."
Provenance: "British private collection, acquired at TL auction London"
Date of import to U.S.: on/around May 6, 2021 [Artemission, Exhibit 18].

18) "Luristan Iron Axe Head with Eagle Head, c. 9th-8th Century B.C. Culture: Luristan."
Provenance: "ex Property Mr. A. Dajan, London, acquired prior to 2000."
Date of import to U.S.: on/around May 16, 2018 [Artemission, Exhibit 19].

19) "Two Luristan Bronze Cheekpieces in the Shape of Horses, Persia c. 900 B.C. Culture: Luristan."
No provenance listed.
Date of import to U.S.: on/around May 24, 2006 [Artemission, Exhibit 20].

20) "Luristan Bronze Standard Finial with Ibex and Lions, c. 1000 B.C. Culture: Luristan."
Provenance: "Property of the collection of a Prince, acquired in the 1960's."
Date of import to U.S.: on/around January 30, 2008 [Artemission, Exhibit 21].

21) "Luristan Bronze Finial with Figure and Bulls, c. 9th-8th Century B.C. Culture: Luristan."
No provenance listed.
Date of import to U.S.: on/around December 17, 2007 [Artemission, Exhibit 22].

22) "Luristan Bronze Master-of-Animals Standard, c. 8th-7th Century B.C. Culture: Luristan."
No provenance listed.
Date of import to U.S.: on/around May 2, 2008 [Artemission, Exhibit 23].

23) "Luristan Bronze facing Lions Finial, Persia, c. 1000 B.C. Culture: Luristan."
No provenance listed.
Date of import to U.S.: on/around May 21, 2008 [Artemission, Exhibit 24].

24) "Luristan Bronze Military Bracelet with Horses Heads, c. 1000 B.C. Culture: Luristan."
No provenance listed.
Date of import to U.S.: on/around June 30, 2008 [Artemission, Exhibit 25].

25) "Luristan Bronze Horse Plaque, ex. Christies, c. 800 B.C. Culture: Luristan."
Provenance: "Published Christies London, October 2007, previously the property of a Prince, acquired in the 1960s."
Date of import to U.S.: on/around May 6, 2021 [Artemission, Exhibit 26].

26) "Achaemenide Silver Head of a Sceptre [sic] with Rams Head, c. 600-500 B.C. Culture: Achaemenide."
No provenance listed.
Date of import to U.S.: on/around February 9, 2015 [Artemission, Exhibit 27].

27) "Achaemenid Bronze Bowl, c. 6th-5th Century B.C. Culture: Achaemenid."
No provenance listed.
Date of import to U.S.: on/around July 25, 2010 [Artemission, Exhibit 28].

28) "Large Achaemenid Bronze Bowl Decorated with a Lotus Buds, Persia, 5th Century B.C. Culture: Achaemenid."
Provenance: "Ex property Mr. M.P., London, UK, acquired from a London Gallery in 2001."
Date of import to U.S.: on/around January 30, 2008 [Artemission, Exhibit 29].

29) "Achaemenide Bronze Decorated Cup, c. 6th Century B.C. Culture: Achaemenide."
No provenance listed.
Date of import to U.S.: on/around August 6, 2007 [Artemission, Exhibit 30].

30) "Persian Silver Peacock, Seljuk Period, c. 10th-11th Century A.D. Culture: Persia."
No provenance listed.
Date of import to U.S.: on/around August 1, 2011 [Artemission, Exhibit 31].

31) "Bronze Oil Lamp With Lions and Bird Handle, Seljuk, Persia 11th Century A.D. Culture: Seljuk, Persia."
No provenance listed.
Date of import to U.S.: on/around September 26, 2007 [Artemission, Exhibit 32].

32) "Green stone animal amulet, Iran, late 2nd or 1st Millenium B.C. Culture: Iran."
Provenance: "Ex. private collection, London, UK, acquired before 1990."
Date of import to U.S.: on/around March 20, 2012 [Helios Gallery London, Exhibit 33].

33) "Bactrian Bronze Zebu Bull, Persia, c. 2200-2000 B.C. Culture: Bactrian."
No provenance listed.
Date of import to U.S.: on/around March 11, 2009 [Artemission, Exhibit 34].

34) "Terracotta Horse, Mauryan Period, Persia, c. 5th-3rd Century B.C. Culture: Persia."
Provenance: "Published Bonhams, London, 30th October 2003, Lot 359. Ex. Private Dutch Collection. Accompanied by a thermoluminescence test certificate from Ralf Kotalla Laboratory, Haigerloch-Weildorf, Germany."
Date of import to U.S.: on/around May 17, 2012 [Artemission, Exhibit 35].

35) "Bactrian Grey/Green Stone Figure of a Mouflon, Persia, c. 1500 B.C. Culture: Persia."
Provenance: "ex. property Mr. S.Q., London UK."
Date of import to U.S.: on/around March 13, 2011 [Artemission, Exhibit 36].

36) "Persian Painted & Glazed Brick, Head of a Man, Bukan, c. 1000 B.C. Culture: Persia."
Provenance: "UK private collection of a gentleman of Iranian descent, acquired in the ME in the 1960's-1970s."
Date of import to U.S.: on/around January 8, 2016 [Artemission, Exhibit 37].

37) "Western Persia Vessel, Tepe Giyan, Mid 2nd Millenium B.C. Culture: Western Persia."
Provenance: "Timeline auction March 2013 from a private UK collection."
Date of import to U.S.: on/around January 3, 2014 [Artemission, Exhibit 38].

38) "West Persia Vessel, Tepe Giyan, Mid 2nd Millenium B.C. Culture: Western Persia."
Provenance: "Timeline auction March 2013 from a private UK collection."
Date of import to U.S.: on/around January 3, 2014 [Artemission, Exhibit 39].

39) "Sassanian Bronze Lion Attachment, c. 5th Century A.D. Culture: Sassanian."
No provenance listed.
Date of import to U.S.: on/around August 14, 2012 [Artemission, Exhibit 40].

40) "Sassanian Marble Horse's Head, c. 4th-5th Century A.D. Culture: Sassanian."
Provenance: "Ex. private Mr. H. Tavit collection, London UK, acquired in the 1970s from a Brussels gallery."

    Date of import to U.S.: on/around July 24, 2016 [Artemission, Exhibit 41].

41) "Sassanian Gold Bracelet with Figures and Inscription, c. 5th-6th Century A.D. Culture: Sassanian."
No provenance listed.
Date of import to U.S.: on/around June 7, 2007 [Artemission, Exhibit 42].

42) "Sassanian Marble Relief of a Seated Stag, c. 2nd-3rd Century A.D. Culture: Sassanian."
No provenance listed.
Date of import to U.S.: on/around March 15, 2007 [Artemission, Exhibit 43].

43) "Nishapur Glazed Pottery Bowl, Persia 11th Century A.D. Culture: Nishapur."
Provenance: "ex. property Mr. A. Dajan, London, acquired in the 1980s-1990s."
Date of import to U.S.: on/around February 22, 2019 [Artemission, Exhibit 44].

44) "Elamite Bronze Cosmetic Vessel with Three Ram's Head, c. 2500-2200 B.C. Culture: Elamite."
Provenance: "From a Japanese collection of the 1980s, acquired at a London auction."
Date of import to U.S.: on/around July 10, 2020 [Artemission, Exhibit 45].

45) "Elamite Black Steatite Stag Vessel, c. 2200-2000 B.C. Culture: Elamite."
Provenance: "UK private collection of a gentleman of Iranian descent, acquired in the 1960's-1970s."
Date of import to U.S.: on/around November 8, 2019 [Artemission, Exhibit 46].

46) "Elamite Bronze Axe Head with Dragon's Head, c. 1000 B.C. Culture: Elamite."
Provenance: "ex. UK collection, acquired prior to 2010."
Date of import to U.S.: on/around February 28, 2022 [Artemission, Exhibit 47].

47) "Rare Elamite Copper-Alloy Figure of a Horned Quadrupede [sic], c. 2400-2200 B.C. Culture: Sumerian."
No provenance listed.
Date of import to U.S.: on/around December 23, 2008 [Artemission, Exhibit 48].

48) "Amlash Bronze Figure, c. Late 2nd Millenium B.C./Early First Millenium B.C. Culture: Amlash."

Provenance: "ex. property A. Sultani, London UK, acquired on the London art market in 2001."
Date of import to U.S.: on/around October 12, 2015 [Artemission, Exhibit 49].

49) "Amlash Bronze Figure Grinding Grains, North Persia, c. 1000 B.C. Culture: Amlash."
Provenance: "Collection Mr. A.R., London UK, acquired in 2002 on the London Art Market."
Date of import to U.S.: on/around November 27, 2015 [Artemission, Exhibit 50].

50) "Rare Parthian Bronze Ewer with Griffin, c. 1st-2nd Century A.D. Culture: Parthian."
Provenance: "UK collection, acquired in the 1980s on the London art market."
Date of import to U.S.: on/around May 21, 2012 [Artemission, Exhibit 51].

51) "Bactrian Chlorite Plaque Pendant with Eagle, c. 2200 B.C. Culture: Bactrian."
No provenance listed.
Date of import to U.S.: on/around March 10, 2008 [Artemission, Exhibit 52].

52) "Bactrian Chlorite Processional Votive Eagle, c. 2200 B.C. Culture: Bactrian."
No provenance listed.
Date of import to U.S.: on/around March 31, 2008 [Artemission, Exhibit 53].

53) "Decorated Bactrian Chlorite Chalice, c. 2200 B.C. Culture: Bactrian."
No provenance listed.
Date of import to U.S.: on/around December 2007 [Artemission, Exhibit 54].

54) "Western Asiatic Bactrian Jar with Figural Scene, Third Millenium B.C. Culture: Western Asiatic."
Provenance: "From an important private London collection; formed in the 1970s and 1980s."
Date of import to U.S.: on/around February 28, 2017 [Timeline Auctions London, Exhibit 55].

55) "Large Bactrian Plaque, Bull Man and Dragons, c. 2200 B.C. Culture: Bactrian."
Provenance: "ex. property Mr. A. Dajan, London, UK, acquired in the 1990s."
Date of import to U.S.: on/around May 1, 2018 [Artemission, Exhibit 56].

56) "Bactrian Chlorite Ram's Head, Mid 1st Millenium B.C. Culture: Bactrian."
Provenance: "ex. Mr. Dajan collection, acquired on the London art market in 2001.
Date of import to U.S.: on/around June 23, 2016 [Artemission, Exhibit 57].

57) "Bactrian Bronze Cosmetic Bottle with Rams, c. Early 1st Millenium B.C. Culture: Early 1st Millenium B.C. [sic]."
Provenance: "ex. collection Mr. A. Sultani, London, UK."
Date of import to U.S.: on/around January 31, 2013 [Artemission, Exhibit 58].

58) "Bactrian White Steatite Head of a Man, 3rd Millenium B.C. Culture: Bactrian, Persia."
No provenance listed.
Date of import to U.S.: on/around August 18, 2009 [Artemission, Exhibit 59].

59) "Large Sumerian Steatite Bull Amulet Seal, c. 2800-2500 B.C. Culture: Sumerian."
Provenance: "ex. Dr. I Beekmans collection, Germny, acquired in the 1990s."
Date of import to U.S.: on/around June 30, 2016 [Artemission, Exhibit 60].

60) "Sumerian Uruk/Jemdet Nasr Marble Amulet of a Boar, c. 3200-2900 B.C. Culture: Sumerian."
Provenance: "British collection, Edinburgh, Scotland."
Date of import to U.S.: on/around August 4, 2014 [Artemission, Exhibit 61].

61) "Uruk Jemdet Nasr Marble Bull Amulet, Syria, c. 3200-2900 B.C. Culture: Uruk Jemdet Nasr."
Provenance: "ex Collection Mr. S. Dajan, 1980s-1990s."
Date of import to U.S.: on/around September 26, 2014 [Artemission, Exhibit 62].

62) "Sumerian Terracotta Dedication Foundation Cone with Cuneiform Inscription c. 2000 B.C. Culture: Sumerian."
Provenance: "European private collection, acquired prior to 2000."
Date of import to U.S.: on/around October 6, 2020 [Artemission, Exhibit 63].

63) "Uruk-Jemdet Nasr Amulet of a Bull, c. 3000 B.C. Culture: Uruk-Jemdet Nasr."
No provenance listed.

Date of import to U.S.: on/around October 1, 2009 [Artemission, Exhibit 64].

10