# UNITED STATES DISTRICT COURT
for the
District of Maine

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:24-mj-130-KFW
)
70 Molly's Point Road )
Southport, ME 04576 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Maine
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A to Affidavit of Special Agent David C. Fife

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to Affidavit of Special Agent David C. Fife

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2:06 pm, Apr 26 2024 _____
*Judge's Signature*

City and state: Portland, Maine Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:24-mj-130-KFW | Date and time warrant executed:<br>05/02/2024 1030hrs | Copy of warrant and inventory left with:<br>Susan KATZEV |
| Inventory made in the presence of :<br>Susan KATZEV | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>See attached list. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/03/2024

*Executing officer's signature*

David Fife, Special Agent, HSI

*Printed name and title*

# Items Seized

**Agency:** HSI  
**Name of Subject:**  
**Starting Date:** 5/2/2024 **Time:** 1035  
**Address:** 70 Molly's Point Road, Southport, ME  

**Case Number:** PM08WR22PM0001  
**Ending Date:** 5/2/2024 **Time:** 1245  
**Case Agent:** Dave Fife  
**Investigative Assistant:** Ronald Phillips  
**Seizing Agent:** Rachel Johnson  
**Photo Agent:** ET, SH, TC  

| Line | Description | QTY | Room | Location | Searching Agent |
|---|---|---|---|---|---|
| 002 | Decorated Luristan bronze-like Stag | 1 | | | TC |
| 003 | Luristan bronze-like Sitting Horse | 1 | | | ET |
| 004 | Luristan bronze-like Lioness Figure | 1 | | | ET |
| 005 | Luristan bronze-like Horse Cheek-Piece in the Form of a Stag | 1 | | | TC |
| 006 | Large Luristan bronze-like Double Stag | 1 | | | ET |
| 007 | Luristan bronze-like Rattle with Ibex | 1 | | | ET |
| 008 | Luristan bronze-like Bell with Rams' Head | 1 | | | ET |
| 009 | Luristan bronze-like Harness Trapping, Mythical Animal | 1 | | | ET |
| 010 | Large Luristan Standard with Ibexes and Leopards | 1 | | | ET |
| 011 | Luristan bronze-like and Stone Sword Sharpener | 1 | | | DF |
| 012 | Large Luristan bronze-like Winged Stag and Fawn | 1 | | | TC |
| 013 | Luristan bronze-like Mountain Goat Cosmetic Vessel | 1 | | | TC |
| 014 | Luristan bronze-like Cheekpiece in the Shape of a Horse | 1 | | | ET |
| 015 | Luristan bronze-like Pendant-Mirror | 1 | | | ET |
| 016 | Luristan bronze-like Bird | 1 | | | ET |
| 017 | Large Luristan bronze-like Stag | 1 | | | GS |
| 018 | Luristan bronze-like Cheekpiece in the Shape of a Horse | 1 | | | GS |
| 019 | Luristan Iron Axe Head with Eagle Head | 1 | | | GS |
| 020 | Two Luristan bronze-like Cheekpieces in the Shape of Horses | 1 | | | ET |
| 021 | Luristan bronze-like Standard Finial with Ibex and Lions | 1 | | | ET |
| 022 | Luristan bronze-like Finial with Figure and Bulls | 1 | | | MM |
| 023 | Luristan bronze-like Master-of-Animals Standard | 1 | | | DF |
| 024 | Luristan bronze-like facing Lions Finial | 1 | | | WC |
| 025 | Luristan bronze-like Military Bracelet with Horses Heads | 1 | | | DF |
| 026 | Luristan bronze-like Horse Plaque, ex. Christies | 1 | | | GS |
| 027 | Achaemenide Silver Head of a Sceptre with Rams Head | 1 | | | RP |
| 028 | Achaemenid bronze-like Bowl | 0 | | NOT SEIZED/UNACCOUNTED FOR | |
| 029 | Large Achaemenid bronze-like Bowl Decorated with a Lotus Buds | 1 | | | DF |
| 030 | Achaemenide bronze-like Decorated Cup | 1 | | | DF |
| 031 | Persian Silver Peacock | 1 | | | DF |
| 032 | Oil Lamp With Lions and Bird Handle | 1 | | | DF |
| 033 | Green stone animal amulet | 1 | | | DF |
| 034 | Bactrian bronze-like Zebu Bull | 1 | | | DF |
| 035 | Terracotta Horse | 1 | | | DF |
| 036 | Bactrian Grey/Green Stone Figure of a Mouflon | 1 | | | DF |
| 037 | Persian Painted & Glazed Brick, Head of Man | 1 | | | DF |
| 038 | Western Persia Vessel | 1 | | | DF |
| 039 | West Persia Vessel | 1 | | | RP |
| 040 | Sassanian Bronze Lion Attachment | 1 | | | DF |
| 041 | Sassanian marble-like Horse's Head | 1 | | | GS |
| 042 | Sassanian gold-like Bracelet with Figures and Inscription | 1 | | | GS |
| 043 | Sassanian marble-like Relief of a Seated Stag | 1 | | | GS |
| 044 | Nishapur Glazed Pottery Bowl | 1 | | | GS |
| 045 | Elamite Bronze Cosmetic Vessel with Three Ram's Head | 1 | | | GS |
| 046 | Elamite Black Steatite Stag Vessel | 1 | | | GS |
| 047 | Elamite Bronze Axe Head with Dragon's Head | 1 | | | GS |
| 048 | Rare Elamite Copper-Alloy Figure of a Horned Quadrupede | 1 | | | GS |
| 049 | Amlash Bronze Figure | 1 | | | GS |
| 050 | Amlash Bronze Figure Grinding Grains | 1 | | | GS |
| 051 | Rare Parthian Bronze Ewer with Griffin | 1 | | | GS |
| 052 | Bactrian Chlorite Plaque Pendant with Eagle | 1 | | | GS |
| 053 | Bactrian Chlorite Processional Votive Eagle | 1 | | | GS |
| 054 | Decorated Bactrian Chlorite Chalice | 1 | | | GS |
| 055 | Western Asiatic Bactrian Jar with Figural Scene | 1 | | | GS |
| 056 | Large Bactrian Plaque, Bull Man and Dragons | 1 | | | GS |
| 057 | Bactrian Chlorite Ram's Head | 1 | | | GS |
| 058 | Bactrian Bronze Cosmetic Bottle with Rams | 1 | | | GS |
| 059 | Bactrian White Steatite Head of a Man | 1 | | | GS |
| 060 | Large Sumerian Steatite Bull Amulet Seal | 1 | | | GS |
| 061 | Sumerian Uruk/Jemdet Nasr marble-like Amulet of a Boar | 1 | | | GS |
| 062 | Uruk Jemdet Nasr marble-like Bull Amulet | 1 | | | GS |
| 063 | Sumerian Terracotta Dedication Foundation Cone with Cuneiform Inscription | 1 | | | GS |
| 064 | Uruk-Jemdet Nasr Amulet of a Bull | 1 | | | GS |